IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-193-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TRESHELL MAYO HERNDON | ) | |
| | ) | |

Pursuant to the Order of Forfeiture entered by the Court on **November 7**, 2014, judgment is hereby entered against defendant, TRESHELL MAYO HERNDON, in the amount of $5,162,400.00. Post-judgment interest shall accrue at the rate of **.11%**.

This **7** day of **November**, 2014.

JULIE A. RICHARDS **JAMES C. DEVER III**
Clerk
U. S. District Court